PROB 12A
(7/93)

Report Date: March 14, 2006

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 15 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Shane D McCrea | Case Number: 2:99CR00005-001 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

| | |
|---|---|
| Date of Original Sentence: 6/30/1999 | Type of Supervision: Supervised Release |
| Original Offense: Sexual Abuse, 18 U.S.C. § 2242 | Date Supervision Commenced: 9/2/2005 |
| Original Sentence: Prison - 63 Months; TSR - 36 Months | Date Supervision Expires: 6/1/2008 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On March 1, 2006, Shane McCrea submitted a urine specimen at Second Chance Testing Center. Said specimen was confirmed positive for cocaine at Scientific Testing Laboratories on March 9, 2006. |

### U.S. Probation Officer Action:

On March 10, 2006, the undersigned officer confronted the defendant regarding his urine specimen submitted on March 1, 2006. Mr. McCrea denied consuming cocaine, and could not explain why his specimen was confirmed positive for said substance.

Per review of the defendant's substance abuse history and record of urine specimens submitted through the U.S. Probation Office, this appears to be an isolated event. Mr. McCrea remains subject to weekly random urinalysis submission. There have not been any additional positive urinalysis tests submitted by Mr. McCrea since March 1, 2006.

Prob12A
**Re: McCrea, Shane D**
**March 14, 2006**
**Page 2**

At this time, the undersigned officer is requesting no action be taken regarding this alleged drug use pending the defendant's ongoing compliance.

by    Respectfully submitted,
      _____
      Richard B. Law
      U.S. Probation Officer
      Date: March 14, 2006

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

_____
Signature of Judicial Officer

3/15/06
Date