PROB 12B
(7/93)

Report Date: October 19, 2007

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 22 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shane D McCrea            Case Number: 2:99CR00005-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 06/30/1999        Type of Supervision: Supervised Release

Original Offense: Sexual Abuse, 18 U.S.C. § 2242    Date Supervision Commenced: 11/14/2006

Original Sentence: Prison - 63 Months;        Date Supervision Expires: 07/13/2009
TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

28    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

On October 13, 2007, Shane D. McCrea was arrested for violating a no-contact order in Coeur d'Alene, Idaho. In reviewing the police report, there are some serious concerns regarding his violation conduct. Specifically, he was traveling outside of the Eastern District of Washington, without permission from the U.S. Probation Office. He admitted to consuming alcohol, on or about, October 13, 2007, and he failed to notify the undersigned officer within 72 hours of his arrest, all in direct violation of his terms of supervision.

On October 19, 2007, the undersigned officer interviewed Mr. McCrea, and verbally reprimanded him for his violation conduct. He agreed to the above modification of conditions as a sanction for his conduct. This modification will also allow Mr. McCrea to continue employment and participate in substance abuse counseling.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/19/2007

Richard B. Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Oct 22 2007
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

28    You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____  Signed: _____
                            Richard B. Law                                    Shane D McCrea
                            U.S. Probation Officer                          Probationer or Supervised Releasee

October 19, 2007
Date